**JS-6**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT D. SHAVER,<br><br>Defendant. | Case No. 5:23-cv-02278-AB-DTB<br><br>[~~PROPOSED~~] **ORDER PER ECF NO. 45**<br><br>**FINAL JUDGMENT AND DECREE PER AGREEMENT ECF NO. 44** |

Pursuant to this Court's September 6, 2024 Order (ECF No. 39), the Parties previously filed a Stipulation agreeing to resolve this action without further litigation and providing that Defendant would have through January 26, 2025 to remove his personal property from the Subject Property. ECF No. 44. The Court adopted the Stipulation on November 26, 2024. ECF No. 45.

Consistent with the Parties' previous Stipulation (ECF No. 44) and consistent with this Court's Order (ECF No. 45), the Court entered the final order of ejectment on January 29, 2025 (ECF No. 47).

Prior to January 26, 2025, Defendant has abated damages by removing a substantial amount of his personal property, and the Subject Property has been re-evaluated by the United States' restoration expert as previously contemplated by the

1

1  Parties' Stipulation. *See* ECF 44. The United States' estimate for restoration has been
2  adjusted downward accordingly.
3      **ACCORDINGLY**, consistent with the Parties' previous agreement, Final
4  Judgment and Decree is entered against Defendant based on the following component
5  parts:
6      Damages for Fair Market Rental Value through January 26, 2025;
7      Damages for Prejudgment Interest; and
8      Damages for Restoration of the Subject Property.
9      **ACCORDINGLY**, final judgment will be entered against Defendant in the total
10 amount of $248,261.00 with post-judgment interest accruing as of the date of this Order.
11     This action is terminated upon entry of this Order.

13 Dated: <u>March 21, 2025</u>

15     Hon. Andre Birotte Jr.
16     Unite States District Judge